**Electronically Filed
Supreme Court
SCEC-12-0000714
13-SEP-2012
07:58 AM**

NO. SCEC-12-0000714

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KHISTINA CALDWELL DEJEAN, Plaintiff,

vs.

SCOTT NAGO, Chief Election Officer, Office of Elections,
State of Hawaiʻi; and DAVID M. LOUIE, Attorney General,
State of Hawaiʻi, Defendants.

---

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Upon consideration of the "Motion for Extension of Time/Reconsideration", which was filed by Plaintiff Khistina Caldwell DeJean on September 7, 2012, and the record,

IT IS HEREBY ORDERED that the motion is denied as untimely. See Hawaiʻi Rules of Appellate Procedure Rule 40(a) ("A motion for reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling unless by special leave additional time is granted during such period by a judge or justice of the appellate court involved.").

DATED: Honolulu, Hawaiʻi, September 13, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

